IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.53.252.54

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/03/2016 03:04:47 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 10/03/2016 02:56:45 | EF5D4042CFC7494F6733F36965D3EA0535D62F09 | Luscious Lena |
| 10/03/2016 02:55:24 | 01B45A3C8670B2E5508FEACBE4C2E7BD131367AD | Return of the Pussy Cat Burglar |
| 09/27/2016 02:21:01 | FA5F910815116883EBDDBB5BC00FD5F7A401FFD4 | Chloe In Couture |
| 09/27/2016 02:20:21 | F615080EA2C4D5436CC4CBBE4022ABF46DDF2134 | Pussy Cat Burglar |
| 09/27/2016 02:14:52 | CCC3A2259EEFE5A64DFD3BAA0521AAD71CD231B1 | The Artiste |
| 09/27/2016 02:14:16 | CA3C23FAE5444F335FD8373BB681D839CC5A0735 | Infinite Luvv |
| 09/27/2016 01:49:36 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 09/27/2016 01:49:33 | 3561DB86C081EBADA01DA1F62D3946C3CDB096FF | Pink Kitty |
| 09/27/2016 01:44:17 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |
| 09/06/2016 02:06:53 | 254202710EEE21E6D4F720D54F6BB225D35A7FDE | How Deep Is My Love Part #2 |
| 09/06/2016 01:34:08 | 7B6BA6F78CF95030CD4AF361CCF87A9528BA87A5 | Love Her Madly |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ610